AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Kah'Lil Kiree Lamonte Wade, An Adult Male,<br>Date Of Birth January 21, 1997 for the Purpose of<br>Deoxyribonucleic Acid (DNA) Testing | )<br>)<br>)  Case No. 2:22-mj-807<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Ohio_____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before _____Jan. 5, 2023_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____any U.S. Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____December 22, 2022  2:02 PM_____

City and state: _____Columbus, Ohio_____   *[signature]* Kimberly A. Jolson
United States Magistrate Judge

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### DESCRIPTION OF LOCATION TO BE SEARCHED

The body of Kah'Lil Kiree Lamonte Wade, an adult male, date of birth January 21, 1997, which is or will be in the Southern District of Ohio.

## ATTACHMENT B
## PARTICULAR THINGS TO BE SEARCHED AND SEIZED

1. To search for and seize saliva and/or blood samples for the purpose of Deoxyribonucleic Acid (DNA) testing, to be analyzed by an authorized forensic laboratory, that are located in the body of <u>Kah'Lil Kiree Lamonte WADE</u>, an adult male, date of birth <u>January 21, 1997</u> and compare it to potential DNA evidence that may be found by the Columbus, Ohio Division of Police (CPD) Crime Laboratory during the forensic analysis of three firearms found during the execution of a federal search warrant (case # 2:22-MJ-798) executed on his residence on December 20, 2022. The firearms include: a Glock 26 pistol (S/N: AFSF141); a Bushmaster AR-15 (S/N: L246703); and a Hawk Industries Company 12-gauge shotgun (S/N: NZ615251). WADE is prohibited under federal law from possessing firearms or ammunition due to his criminal history. Possession of firearms or ammunition constitute evidence of, contraband, fruits of crime, or property designed or intended for use or which has been used as the means of committing the criminal offenses of 18 U.S.C. § 922 (g)(1), possession of a firearm or ammunition by a prohibited person. DNA evidence that may potentially be collected from the firearms is suspected of being directly associated with WADE.

2. The CPD Crime Laboratory requested that a Special Agent with Homeland Security Investigations, or their designee, be authorized to collect the following DNA standard from WADE for such comparison:
   a. Collect a saliva sample through the use of cotton or nylon tipped swabs or by any other authorized means;
   b. Collect a blood sample through the use of a medical professional.