**ATTACHMENT A**

**Mag. Judge Jolson**
**AUSA Michael J. Hunter**

2:22-mj-00041-KAJ-SW
2:22-mj-00659-KAJ-SW
2:22-mj-00660-KAJ-SW
2:22-mj-00661-KAJ-SW
2:22-mj-00668-KAJ-SW
2:22-mj-00682-KAJ-SW
2:22-mj-00693-KAJ-SW
2:22-mj-00701-KAJ-SW
2:22-mj-00712-KAJ-SW
2:22-mj-00798-KAJ-SW
2:22-mj-00799-KAJ-SW
2:22-mj-00807-KAJ-SW

2:23-mj-00053-KAJ-SW
2:23-mj-00076-KAJ-SW
2:23-mj-00261-KAJ-PRTT
2:23-mj-00262-KAJ-PRTT